No. 75–527. ARNETT, DIRECTOR, DEPARTMENT OF FISH AND GAME OF CALIFORNIA *v.* FIVE GILL NETS ET AL. Ct. App. Cal., 1st App. Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–554. BEAL, SECRETARY, DEPARTMENT OF PUBLIC WELFARE OF PENNSYLVANIA, ET AL. *v.* DOE ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–624. JONES, DIRECTOR, DIVISION OF FAMILY SERVICES OF UTAH, ET AL. *v.* T. H. Appeal from D. C. Utah. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–5387. SIFUENTES *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, *ante,* p. 945.] Motion for appointment of counsel granted, and it is ordered that Ballard Bennett, Esquire, of Weslaco, Tex., be appointed to serve as counsel for petitioner in this case.

No. 75–644. BAKER ET UX. *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON; and
No. 75–5591. CHILEMBWE *v.* WANGELIN, JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 75–5596. VIDAL *v.* UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT. Motion for leave to file petition for writ of mandamus and/or certiorari denied.

No. 75–616. VILLAGE OF ARLINGTON HEIGHTS ET AL. *v.* METROPOLITAN HOUSING DEVELOPMENT CORP. ET AL. C. A. 7th Cir. Certiorari granted.